LIONEL P. KRISTELLER et al., executors, &c., appellants,

*v.*

SADIE H. EISENBERG et al., respondents.

[Decided May 11th, 1938.]

*Mr. George H. Rosenstein* and *Mr. David H. Yonneff* (*Mr. Samuel H. Nelson,* of counsel), for appellants.

*Mr. Laurence Semel* and *Messrs. Gross & Blumberg,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein and reported in *122 N. J. Eq. 467*.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 9.

*For reversal*—PARKER, BODINE, DONGES, HEHER, PORTER, WALKER, JJ. 6.